```
JULIE M. MCCOY, Bar No. 129640
JACQUELYNE M. NGUYEN, Bar No. 249658
LAW OFFICES OF JULIE M. MCCOY
1670 SANTA ANA AVE., SUITE K
COSTA MESA, CA 92627
Telephone: (949) 722-0055
Fax:(949) 722-8416
```

Attorney for: PLAINTIFF

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  vs.<br><br>Carla Koundakjian, aka<br><br>Carla S. Koundakjian,<br><br>        Defendant | No. CV 11- 8516<br><br>CONSENT JUDGMENT |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, against Defendant, Carla Koundakjian, aka Carla S. Koundakjian, in the principal amount of $47,631.48 plus interest accrued to August 16, 2011, in the sum of $7,447.01; with interest accruing thereafter at the daily rate of $3.08 until entry of judgment, administration costs in the amount of $0.00, for a total amount of **$55,078.49**.

DATED: 11/15/2011        By: _____Terry Nafisi_____
                                                  Clerk of the Court

                                                    A. Martinez
                                                  Deputy Clerk
                                 United States District Court